IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr241-VPM |
| | ) | (18 U.S.C. 641) |
| BRANDI C. MCGINN | ) | |
| | ) | INFORMATION |
| | ) | |
| | ) | |

The United States Attorney charges:

### COUNT

On or about the 30th day of August 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **BRANDI C. MCGINN** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*[signature]*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 30 August 2006, via closed circuit monitors, I observed BRANDI C. MCGINN shop around the store. MCGINN picked up some cosmetic items and tossed several of them in the bottom compartment of her baby stroller. MCGINN also placed some items in the top area of the stroller where there are cup holders. Before approaching the central checkout, MCGINN stopped and arrange the items in the lower compartment by placing them under a diaper bag and purse. MCGINN went to the central checkout where she paid for several items but did not pay for the items in the lower compartment. MCGINN attempted to leave the store without paying several cosmetic items she had picked up at AAFES. These items included a Clinique mascara, value $11.25; a Clinique compact value $22.50; an EsteeLauder Eye Pencil Duo value $19.50; and an EsteeLauder mascara value $17.75. The total value was $71.00. I detained her in the lobby area, identified her and escorted her to the manager's office. Security Forces responded. Once security Forces arrived, MCGINN was advised of her rights in accordance with 5th Amendment of the United States Constitution. MCGINN acknowledged her rights.

_Robert G. Smith_
ROBERT G. SMITH

Subscribed and sworn to before me this _29th_ day of _September_, 2006.

_Patricia Lynn McQueen_
Notary Public
State of Alabama

PATRICIA LYNN MCQUEEN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 29, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS