| COURTROOM DEPUTY MINUTES | DATE: NOVEMBER 7, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | FTR RECORDED: 10:17 - 10:19 |

- √ **INITIAL APPEARANCE**
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ **ARRAIGNMENT**
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR241-VPM**    DEFENDANT NAME: **BRANDI C. MCGINN**

AUSA: **KENT BRUNSON/ NEAL B. FRAZIER**    DEFT. ATTY: **RUSSELL DURASKI**

Type Counsel: ( √ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO

USPO: _____

Defendant ____ does √ does NOT need an interpreter. Interpreter Name: _____

---

| | | |
|---|---|---|
| ☐ kars. | Date of Arrest _____ or ☐ karsr40 | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| √ kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests to appoint Counsel. ☐ ORAL MOTION | |
| √ | Retained Counsel: Name of Attorney: **RUSSELL DURASKI** | |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐ koappted | ORAL ORDER appointing Community Defender Organization | |
| √ | CONSENT to Proceed before Magistrate Judge executed. | |
| ☐ kbnd. | ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐ BOND EXECUTED _____ (R.40 charges) - deft to report to originating district as ordered. | |
| √ karr. | ARRAIGNMENT ☐ SET FOR: _____ √ HELD. Plea of NOT GUILTY entered. | |
| | √ Set for 1/8/07 Trial Term. ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: 11/7/06 | |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |