| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 15, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: |

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY    DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 2:06CR241-CSC    DEFENDANT NAME: BRANDI C. MCGUINN

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. ~~NEAL FRAZIER~~ *Laura Hansen* | ATTY. RUSSELL DURASKI |

√ DISCOVERY STATUS: Complete.

√ PENDING MOTION STATUS: None.

☑ PLEA STATUS: *possible plea*

☐ TRIAL STATUS:

☐ REMARKS: