IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-241-VPM |
| ) | |
| BRANDI C. MCGINN ) | |

## NOTICE OF APPERANCE

**COMES NOW** the undersigned counsel, Reese H. Hays III, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 28th day of December 2006.

Respectfully submitted,

s/Reese H. Hays III
REESE H. HAYS III
Special Assistant United States Attorney

42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/2789