**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Case No: 2:06-cr-241-CSC |
| ) | |
| **BRANDI C. MCGINN** ) | |

UNITED STATES' REQUESTED JURY INSTRUCTIONS

      Comes now the United States of America, by and through LEURA CANARY, United States Attorney for the Middle District of Alabama, and requests this Court to instruct the jury with the attached instruction in addition to the standard jury instructions.

      Respectfully submitted this 29th day of December, 2006.

                                            LEURA CANARY
                                            United States Attorney


                                            s/Reese H. Hays III
                                            REESE H. HAYS III
                                            Special Assistant United States Attorney
                                            42 ABW/JA
                                            50 LeMay Plaza South
                                            Maxwell AFB, Alabama  36112-6334
                                            (334) 953-2786

**CERTIFICATE OF SERVICE**

UNITED STATES v. BRANDI C. MCGINN

      I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to RUSSELL T. DURASKI, attorney for the defendant, 6332 Woodmere Blvd., Montgomery, Alabama, 36117.

/s Reese H. Hays III
REESE H.HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786

## THEFT OF GOVERNMENT MONEY OR PROPERTY

18 USC 641

Title 18, United States Code, Section 641, makes it a Federal crime or offense for anyone to steal any money or property belonging to the United States having a value of less than $1000.

The defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

First:       That the property described in the indictment belonged to the United States at the time alleged;

Second:    That the Defendant stole or converted such money property to her own use; and

Third:      That the Defendant did so knowingly and willfully with the intent to deprive the United States of the use or benefit of the property so taken.

It is not necessary to prove that the Defendant knew that the government owned the property at the time of the wrongful taking so long as it is established, beyond a reasonable doubt, that the government did in fact own the property involved and that the Defendant knowingly and willfully stole it.

GIVEN _____          REFUSED _____