IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-241-CSC |
| | ) | |
| BRANDI C. MCGINN | ) | |

**NOTICE OF APPERANCE**

**COMES NOW** the undersigned counsel, L. Amber Brugnoli, and enters her appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 8th day of January 2007.

    Respectfully submitted,

    s/ L. Amber Brugnoli
    L. AMBER BRUGNOLI
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB AL  36112-6334
    (334) 953-2786/6035

CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of January 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to filing to counsel of record, Mr. Russell Duraski.

    **s/L. Amber Brugnoli**
    L. AMBER BRUGNOLI
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786/6035
    Fax:  334-953-2787