# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 1/8/07 | AT | |
| DATE COMPLETED: 1/8/07 | AT | |

UNITED STATES OF AMERICA

vs.    CRIMINAL CASE NO. 2:06-CR-241-CSC

BRANDI C. McGINN

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Reese Hayes, III | * | Atty. Russell Duraski |

## COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: Wanda Stinson     COURT REPORTER: James Dickens

LAW CLERK: Corrie Long

## JURORS:

| | | | | |
|---|---|---|---|---|
| 1. | MARY B. HUFMAN | | 7 | ALICIA K. ROGERS |
| 2. | BRENDA OVERTON HARRIS | | 8. | WILLIAM JOSEPH WOOD, JR. |
| 3. | FAYE BYNUM GUY | | 9. | SHARON RHODES |
| 4. | PAMELA J. MITCHELL | | 10. | DIANE MARIE WESTFALL |
| 5. | RALPH EUGENE STOKES | | 11. | BETTY B. HATTER |
| 6. | SARAH MCANNALLY PETIT | | 12. | WANDA MYERS RETHERFORD |
| | | | 13. | SEAN WEBSTER SNOW |

I HEREBY CERTIFY THAT THE ABOVE-NAMED JURORS SERVED
IN THIS CASE ON JANUARY 8, ,2007.

_____
COURTROOM DEPUTY

## COURTROOM PROCEEDINGS:

**JANUARY 8, 2007**

| | |
|---|---|
| 10:15 A.M. | Conference with court outside the presence of jury; Defense informs court of late discovery received from Govt. and ORAL Request that exhibits be excluded; Govt's states position as to the discovery items; Court **ORAL ORDER** granting request to exclude items; |
| 10:19 A.M. | Court convenes; Jury sworn; Voir dire begins; |
| 10:29 A.M. | Jury selection process begins |
| 10:40 A.M. | Jury selected.; |
| 10:43 A.M. | Court excuses remaining jurors; |
| 10:44 A.M. | Jury sworn; Deft' wish the rule invoked; Court excused witnesses to are to testify to wait outside until called to testify; |
| 10:45 A.M. | Court's instruction to selected jurors; |
| 10:54 A.M. | Govt's Opening statements; |
| 10:56 A.M. | Deft's Opening statements; |
| 11:00 A.M. | Court's continued instruction; |
| 11:00 A.M. | Govt. Det. Robert Smith; witness is sworn and seated; Employed as Store Detective at Maxwell AFB;   Discussion regarding history with shoplifters; Discussion as to the incident of August 30th, 2006. |
| 11:17 A.M. | Deft's Objection - request side bar; |
| 11:17 A.M. | Side bar; |
| 11:18 A.M. | Court advised witness to state only what he saw; |
| 11:18 A.M. | Testimony resumes; Discussion of items paid for by deft; Discussion of items not paid for by deft; Discussion and review Govt's. Exh. #1 - Videotape;   Move to admit Govt's Exhibit #1; No objection by defense; Court - Govt's Ex. #1 is admitted ; |
| 11:57 A.M. | Side bar; |
| 11:57 A.M. | Jury excused  for LUNCH until 1:15 p.m.; |
| 12:00 P.M. | Parties given copy of jury charges; |
| 12:00 P.M. | Court is recessed until 1:00 p.m.; Charge conference will begin at 1:00 p.m.; |
| 1:03 P.M. | Court RECONVENES; Deft's review of the tape, not provide on deft's copy; Discussions as to the remainder of the tape; Court's - sustained the objection; Court's orders the substitution of govt's Exh. #1 - videotape be substituted with deft's copy of the videotape ; |
| 1:06 P.M. | Jury enters courtroom; |

| | |
|---|---|
| | Govt's continued testimony; Cont'd review of videotape; |
| 1:11 P.M. | Deft has no questions for this witness; |
| | Govt. calls Mary Ross; witness is sworn and seated; Discussion of incident of August 30, 2006; |
| 1:17 P.M. | Govt. Rests.; |
| | Deft has no questions for this witness; |
| | Witness is excused; |
| | Deft has a matter to take with the court out side the presence of the jury; |
| 1:17 P.M. | Jury excused; |
| 1:18 P.M | Deft's **ORAL** Motion for Judgment of acquittal; |
| | Govt. response; |
| 1:19 PM.. | Discussion as to sufficient evidence; Court's **ORAL Order Denying** ORAL Motion for Judgment of Acquittal; |
| 1:21 P.M. | Jury enters courtroom; |
| | Defense calls Michael Patrick McGinn; witness is sworn and seated; |
| 1:27 P.M. | Govt's Cross examination; |
| | Witness is excused; |
| | Defense calls Brandi McGinn; witness is sworn and seated; Discussion of incident of August 30, 2006; |
| 1:36 P.M. | Govt's cross - examination; |
| 1:38 P.M. | Defense redirect; |
| | Witness is excused; |
| | Defense calls Lt. Scott Patton; witness is sworn and seated; |
| 1:41 P.M. | Witness is excused; |
| | Defense Rests. |
| | No rebuttal by the Govt. |
| 1:42 P.M. | Court - will take a 15 min RECESS until 1:55 p.m.. |
| | Jury excused; |
| | Deft's - **Renew ORAL Motion** for Judgement of Acquittal; |
| | Court- **ORAL ORDER** Denying Renewed motion; |
| 1:55 P.M. | Court RECONVENES; |
| | Govt. Closing arguments; |
| 2:04 P.M. | Deft's Closing arguments; |
| 2:18 P.M. | Govt's Rebuttal arguments; |
| 2:23 P.M. | Court's charges the jury; |
| 2:34 P.M. | Parties have no objections to charge. |
| 2:35 P.M. | Jury excused to deliberate; |
| 3:30 P.M. | Court Convenes; Court received note from jury; |
| | Jury enters courtroom; |
| | Discussion of note from jury; |
| 3:33 P.M. | Jury to remain in courtroom to review videotape, all other parties in the courtroom are excused.; |
| 3:53 P.M. | Jury returns to deliberation room; |
| 5:38 P.M. | Court RECONVENES; |
| | Jury Verdict. |

| | |
|---|---|
| 5:41 P.M. | Court orders presentence report;<br>Deft to remained released on her own recognizance. |
| 5:41 P.M. | Court is recessed. |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CRIMINAL CASE NO. |
| | * | 2:06-CR-241-CSC |
| | * | |
| BRANDI C. MCGINN | * | |

## WITNESS LIST:

**GOVERNEMNT**                                      **DEFENDANT**

**January 8, 2007**

1.   Detective Robert Smith                         3.   Cpt. Michael McGinn
2.   Mary Ross                                      4.   Mrs. Brandi McGinn
                                                    5.   Lt. Col. Scott Patton

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA  
V.  
BRANDI C. MCGINN

**GOVERNMENT'S EXHIBIT LIST**

Case Number:  2:06CR-241-CSC

| PRESIDING JUDGE<br>CHARLES S. COODY | | | | GOVERNMENT'S ATTORNEY<br>REESE HAYES, III | | DEFENDANT'S ATTORNEY<br>RUSSELL DURASKI |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>JANUARY 8, 2007 - JURY TRIAL | | | | COURT REPORTER<br>JAMES DICKENS | | COURTROOM DEPUTY<br>WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 1/8/07 | 1/8/07 | 1 | Robert Smith | NO | Videotape |
| | | | | | | |