**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES    JAN  8 2007
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr241-CSC |
| | ) | |
| BRANDI C. MCGINN | ) | |

## VERDICT FORM

We the jury find the defendant GUILTY.

SO SAY WE ALL

_Betty Hatter_
Jury Foreperson

Dated this the _8th_ day of January 2007.