IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  CASE NO. 2:06cr-241-CSC |
| | ) |
| BRANDI C. MCGINN | ) |

**ORDER**

For good cause, it

**ORDERED** that the defendant be and is hereby set for sentencing on **April 2, 2007 at 3:00 p.m.**, in Courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 30th day of January, 2007.


/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE