IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 FEB -5 A 10: 59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 2:06-cr-241-MPM |
| | * | |
| Brandi C. McGinn | * | |

## MOTION TO CONTINUE SENTENCING

Comes now the undersigned counsel and files this his Motion to Continue Sentencing in the above-styled cause and shows to the Court as follows:

1. This matter is set for sentencing on April 2, 2007 at 3:00 p.m.

2. Counsel shows that he and his wife will soon be celebrating their 20th wedding anniversary and that as a gift his wife has given him tickets to the NCAA Final Four Basketball Championships.

3. The championship game is on April 2, 2007.

4. The undersigned is requesting that this matter be set on Thursday or Friday of the same week if convenient for the Court.

Respectfully submitted this  5th  day of  February , 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.

Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 5th day of February, 2007.

*[signature]*
Russell T. Duraski (DUR007)
Attorney for Defendant

Reese H. Hays, Esq.
Assistant U.S. Attorney
50 Lemay Plaza South
Montgomery, Alabama   36112