IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   CASE NO. 2:06cr-241-CSC |
| | ) |
| BRANDI C. MCGINN | ) |

## ORDER

Now pending before the court is the defendant's motion to continue sentencing (doc. # 22). Upon consideration of the motion, and for good cause, it

**ORDERED** that the defendant's motion to continue sentencing (doc. # 22) be and is hereby GRANTED and sentencing presently set on **April 2, 2007 at 3:00 p.m.**, be and is hereby RESET for **April 5, 2007 at 3:00 p.m.** in Courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 5th day of February, 2007.

　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE