IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 2:06-cr-241-CSC |
| | * | |
| Brandi C. McGinn | * | |

## MOTION TO TERMINATE PROBATION

Comes now the Defendant in the above-styled matter and files this her Motion to Terminate Probation in the above-styled cause and shows to the Court as follows:

1. This Defendant was sentenced on April 5, 2007.

2. The term of probation given on that date was for one year.

3. The Defendant has successfully completed six months of probation and has complied with all conditions placed upon her. She currently resides in Georgia and has had no problems during her probationary period.

4. The Defendant is under the understanding that neither the government nor the probation office has any objection to the termination of her probation at this time.

Respectfully submitted this 11th day of October, 2007.

_____
Russell T. Duraski (DUR007)

Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 11th day of October, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant

Kent Brunson, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Reese H. Hays, Esq.
Assistant U. S. Attorney
50 LeMay Plaza South
Montgomery, Alabama 36112