UNITED STATES GOVERNMENT
# MEMORANDUM

| | |
|---|---|
| TO: | The Honorable Charles S. Coody<br>Chief U.S. Magistrate Judge |
| REPLY TO ATTN OF: | David Ron Thweatt<br>Supervisory U.S. Probation Officer |
| RE: | **McGINN, Brandi C.**<br>**Case No.: 2:06cr241-CSC**<br><u>**Request for Early Termination**</u> |
| DATE: | October 12, 2007 |

## COURT HISTORY

On January 8, 2007, a jury convicted Brandi C. McGinn of Theft of Government Property. She was sentenced by Your Honor on April 5, 2007, to a one (1) year term of probation. There were no special conditions ordered by the Court other than her paying a $25 special assessment fee, which has been paid in full, and mandatory drug testing. The Court advised that consideration would be given for an early termination provided that she comply with the terms of her probation for six (6) months.

## SUPERVISION HISTORY

McGinn has been supervised since her sentencing by the U.S. Probation Office for the Middle District of Georgia (Athens office). According to her supervising officer, USPO John A. Fulford, McGinn has complied with her conditions of supervision. She is currently employed part-time as a dental hygienist and all of her urine screens have been negative.

## RECOMMENDATION

USPO Fulford recommends that McGinn's supervision be terminated early since she has served six months with no violations and has no special conditions remaining to satisfy. An order is attached should Your Honor agree to terminate supervision.

        Respectfully submitted,

        /s/ David Ron Thweatt
        David Ron Thweatt
        Supervisory U.S. Probation Officer

.

―――

◆PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.                                    Crim. No.  2:06CR241-CSC

BRANDI C. MCGINN

On   April 5, 2007   the above named was placed on probation for a period of  1  year.  The probationer has complied with the rules and regulations of probation and is no longer in need of supervision.  It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ David Ron Thweatt
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____ , 20 ____ .

Chief U. S. Magistrate Judge